**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Movahhed Danial,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Katrina Kane, ICE, Dept. of Homeland Security,<br><br>　　　　Respondents. | CV 08-0224-PHX-PGR (JCG)<br><br>**ORDER** |

　　　　The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Guerin, and no party having filed any objection to the Report and Recommendation,

　　　　IT IS HEREBY ORDERED that the Magistrate Judge Guerin's Report and Recommendation **(Doc. 10)** is **ACCEPTED** and **ADOPTED** by the Court.[1]

　　　　IT IS FURTHER ORDERED that petitioner's Petition for Writ of Habeas Corpus **(Doc. 1)** is **DISMISSED** as **MOOT**.

　　　　DATED this 21st day of October, 2008.

　　　　　　　　　　　　　　　　　　　　Paul G. Rosenblatt
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] On May 7, 2008, this Court gave Petitioner until June 6, 2008, to show good cause why this case should not be dismissed as moot. The court specifically warned Petitioner that the case may be dismissed without further notice if he failed to respond. He did not respond.